IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
MISCELLANEOUS CASE NO. 1:23-MC-16-MR

IN RE:   OFFICIAL COURT CLOSING

ORDER

FILED
ASHEVILLE, NC
SEP 15 2023
U.S. DISTRICT COURT
W. DISTRICT OF N.C.

**THIS MATTER** is before the Court upon its own motion.

The United States District Court for the Western District of North Carolina will be closed on Thursday November 23, 2023, and Friday, November 24, 2023, in observance of the Thanksgiving holiday.

The United States District Court for the Western District of North Carolina will be closed on Friday, December 22, 2023.
The court will also be closed Monday, December 25, 2023, and Tuesday, December 26, 2023.

The United States District Court for the Western District of North Carolina will be closed Monday, January 1, 2024, in observance of the New Year holiday.

**IT IS, THEREFORE, ORDERED** on behalf of the court this 15 day of September 2023.

Martin Reidinger, Chief District Judge